1   RODGER R. COLE (CSB No. 178865)
    rcole@fenwick.com
2   MOLLY R. MELCHER (CSB No. 272950)
    mmelcher@fenwick.com
3   FENWICK & WEST LLP
    Silicon Valley Center
4   801 California Street
    Mountain View, CA  94041
5   Telephone:  650.988.8500
    Facsimile:  650.938.5200
6
    TYLER G. NEWBY (CSB No. 205790)
7   tnewby@fenwick.com
    JENNIFER J. JOHNSON (CSB No. 252897)
8   jjjohnson@fenwick.com
    FENWICK & WEST LLP
9   555 California Street, 12th Floor
    San Francisco, CA 94104
10  Telephone: 415.875.2300
    Facsimile:  415.281.1350
11
    Attorneys for Defendant
12  Carrier IQ, Inc.

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                  SAN JOSE DIVISION

16

17  JOSEPHINE GONZALEZ, Individually and on        Case No.: 11-cv-06202-LHK
    Behalf of All Others Similarly Situated,
18                                                 [PROPOSED] ORDER GRANTING
                        Plaintiff,                 STIPULATION RE CONTINUANCE
19                                                 OF TIME FOR DEFENDANT TO
                 v.                                RESPOND TO COMPLAINT AND
20                                                 [PROPOSED] ORDER EXTENDING
    CARRIER IQ, INC.; SAMSUNG                      TIME TO RESPOND TO COMPLAINT
21  ELECTRONICS AMERICA, INC.; SAMSUNG
    TELECOMMUNICATIONS AMERICA, INC.;              (re: dkt. # 14)
22  and DOES 1-25, Inclusive,

23                      Defendants.

24
              Pursuant to stipulation, it is SO ORDERED.
25

26  Dated: February 6, 2012

27                                                 _____
                                                   Honorable Lucy H. Koh
                                                   United States District Judge
28

    [PROPOSED] ORDER                                        Case No. 11-cv-06202-LHK