1   RODGER R. COLE (CSB No. 178865)
    rcole@fenwick.com
2   MOLLY R. MELCHER (CSB No. 272950)
    mmelcher@fenwick.com
3   FENWICK & WEST LLP
    Silicon Valley Center
4   801 California Street
    Mountain View, CA  94041
5   Telephone:  650.988.8500
    Facsimile:  650.938.5200
6
    TYLER G. NEWBY (CSB No. 205790)
7   tnewby@fenwick.com
    JENNIFER J. JOHNSON (CSB No. 252897)
8   jjjohnson@fenwick.com
    FENWICK & WEST LLP
9   555 California Street, 12th Floor
    San Francisco, CA 94104
10  Telephone: 415.875.2300
    Facsimile:  415.281.1350
11
    Attorneys for Defendant
12  Carrier IQ, Inc.

13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

16

17  JOSEPHINE GONZALEZ, Individually and on       Case No.: 11-cv-06202-LHK
    Behalf of All Others Similarly Situated,
18                                                **[PROPOSED] ORDER GRANTING
                    Plaintiff,                    STIPULATION RE CONTINUANCE
19                                                OF TIME FOR DEFENDANT TO
            v.                                    RESPOND TO COMPLAINT AND
20                                                [PROPOSED] ORDER EXTENDING
    CARRIER IQ, INC.; SAMSUNG                     TIME TO RESPOND TO COMPLAINT**
21  ELECTRONICS AMERICA, INC.; SAMSUNG
    TELECOMMUNICATIONS AMERICA, INC.;             (re: dkt. # 14)
22  and DOES 1-25, Inclusive,

23                  Defendants.

24              Pursuant to stipulation, it is SO ORDERED.

25

26  Dated: February 6, 2012

27                                                Honorable Lucy H. Koh
                                                  United States District Judge
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW